# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| DECOURSEY T. BECKLES | Case Number: 8:07-cr-209-T-30TGW |
| | USM Number: 49485-018 |
| | Howard Anderson, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE, TWO, THREE, FOUR and FIVE of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | Positive urinalysis for cocaine on June 9, 2008 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | June 9, 2008 |
| TWO | New criminal conduct, Interference with Commerce By Threat or Violence, while on supervision also in violation of the conditions of release | June 16, 2008 |
| THREE | New criminal conduct, Possession of a Firearm in Furtherance of a Crime of Violence, while on supervision also in violation of the conditions of release | June 16, 2008 |
| FOUR | New criminal conduct, Possession of a Firearm in and Affecting Interstate Commerce, while on supervision also in violation of the conditions of release | June 16, 2008 |
| FIVE | Failure to comply with the Home Detention Program in violation of the Special Condition | June 12, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 19, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

20 Feb. 2009
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **EIGHTEEN (18) MONTHS** to run consecutively with the sentence imposed in Case No.: 8:08-cr-282-T-23MAP, Middle District of Florida.

**A subsequent term of supervised release is not ordered.**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m.    p.m.    on _____.

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before 2 p.m. on _____.

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL